USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 1/5/2026 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

K. M., et al.,                                                                    7:25-cv-07044-VR

                          Plaintiffs,

                                            **ORDER**

                   -against-

Clarkstown Central School District,

                        Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      Plaintiffs request leave to file the administrative record in this case (ECF Nos. 19–27) under seal. They explain that the administrative record was filed inadvertently on the public docket and that it contains confidential materials not appropriate for public disclosure. For these reasons, the request to seal is GRANTED.

      The Clerk of Court is respectfully directed to maintain ECF Nos. 19–27 under seal and only viewable to "selected parties." The Clerk of Court is also kindly directed to close the gavel associated with ECF No. 29.

      **SO ORDERED.**

DATED:    White Plains, New York
            January 5, 2026

                                     _____
                                       VICTORIA REZNIK
                                       United States Magistrate Judge