USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

K. M., et al.,                                                         7:25-cv-07044-VR

                                        Plaintiffs,

                                                                          **ORDER**

                        -against-

Clarkstown Central School District,

                                        Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On April 2, 2026, the Court adopted the parties' briefing schedule for the summary judgment motion papers, which shall be filed altogether on June 9, 2026. (ECF No. 36). The Court has not yet received any such motion papers. The parties are reminded to submit the motion papers, which are now due **June 12, 2026**.

        **SO ORDERED.**

DATED:        White Plains, New York
              June 10, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge